UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LAKESHA MITCHELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:24-cv-00035-JPH-MKK |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

### ORDER ON PENDING MOTIONS

The petitioner's motion for case status, dkt. [17], is **granted to the extent** that the **clerk is directed** to include a copy of the docket sheet with the petitioner's copy of this Order.

The petitioner's motion for court assistance to grant petition, dkt. [26], is **granted to the extent** that the **clerk is directed to modify the docket** such that docket 26 is docketed as the petitioner's "reply." The Court will consider the reply as timely filed.

This case is now ripe for resolution. The Court will issue its ruling in due course, considering the Court's heavy caseload.

**SO ORDERED.**

Date: 7/8/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LAKESHA MITCHELL
237289
ROCKVILLE - CF
ROCKVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872

All electronically registered counsel